UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANIA BAHDOUCHI,

    Plaintiff,

v.                          Case No. 8:16-cv-2869-T-24 TGW

FLA REO, INC. d/b/a Realty
Executives, d/b/a Sigler Properties,
GERALD P. SIGLER aka Jerry P.
Sigler, Jr., aka Jerry Sigler,

    Defendants.
_____/

## ORDER

    This cause comes before the Court on Defendant Sigler's Motion to Dismiss. (Doc. No. 17). Plaintiff opposes the motion. (Doc. No. 19). As explained below, the motion is granted as to Plaintiff's claims against Defendant Sigler.

    Plaintiff filed this lawsuit against Defendants FLA REO, INC. and Gerald Sigler for unpaid wages under the Fair Labor Standards Act ("FLSA") and Florida Minimum Wage laws. It appears that Plaintiff's counsel used a form complaint and failed to tailor the complaint to the fact that Plaintiff was suing two defendants—her corporate employer and an individual operating the business and allegedly employing Plaintiff.

    Defendant Sigler moves to dismiss the complaint due to Plaintiff's poor pleading. Specifically, the complaint fails to contain any facts showing that Sigler had operational control over the business and Plaintiff, which is required in order for him to be liable as an employer under the FLSA. See Baltzley v. Berkley Group, Inc., 2010 WL 3505104, at *2–3 (S.D. Fla. Sept. 3, 2010). Furthermore, in each of the three counts, Plaintiff alleges "Defendant's" failure

to pay her, without identifying which of the two defendants to which she is referring.  Likely Plaintiff meant to refer to both of the defendants, but she did not do so consistently throughout the complaint, and the Court does not expect Defendants to assume it knows what allegations Plaintiff intended to assert.

The Court agrees that these deficiencies are problematic.  Defendant Sigler, who is represented by the same counsel as Defendant FLA REO, INC., moves to dismiss the complaint in its entirety against both of the defendants, yet Defendant FLA REO, INC. did not join in the motion.  While the Court will grant the motion to dismiss as to Defendant Sigler, the remaining allegations are sufficient to state claims against Defendant FLA REO, INC.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defendant Sigler's Motion to Dismiss (Doc. No. 17) is **GRANTED**, and Plaintiff's claims against Defendant Sigler are dismissed without prejudice.

(2) Plaintiff may file an amended complaint by December 16, 2016 that corrects the identified pleading deficiencies.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of December, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record