UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANIA BAHDOUCHI,

    Plaintiff,

v.                                            Case No.  8:16-cv-2869-T-24 TGW

FLA REO, INC. d/b/a Realty
Executives, d/b/a Sigler Properties,
GERALD P. SIGLER aka Jerry P.
Sigler, Jr., aka Jerry Sigler,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Strike.  (Doc. No. 50). Defendants oppose the motion.  (Doc. No. 51).  As explained below, the motion is denied.

Plaintiff filed this unpaid wages lawsuit against Defendants.  In response, Defendants have alleged that a romantic relationship and a friendship existed between Plaintiff and Defendant Sigler.  Plaintiff now moves to strike from the record and any future pleadings any reference to their relationship, romantic or otherwise, arguing that such is an ongoing effort to raise insufficient, impertinent, and immaterial allegations and defenses to this lawsuit that have no basis in law.  Defendants respond that Plaintiff's motion to strike is insufficient and without merit for various reasons.

Upon consideration, the Court finds that Defendants' allegation of a relationship between Plaintiff and Sigler does not rise to the level of an allegation or defense that requires Court intervention and being stricken from the record.  While Defendants' "relationship theory" may not be meritorious, it is not prejudicial in any way to Plaintiff.  Accordingly, the Court denies

Plaintiff's motion to strike.

Defendants also argue that Plaintiff's motion is so deficient and frivolous, they should be awarded their attorneys' fees and costs incurred in responding to it. The Court rejects Defendants' characterization of Plaintiff's motion and denies their request for fees and costs.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of February, 2017.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record